# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(609) 989-2040**

CHAMBERS OF

**TONIANNE J. BONGIOVANNI**

**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

March 3, 2014

## LETTER ORDER

Re:   **Renard Pongrac v. New Jersey Department of Corrections, et al.**
      **Civil Action No. 12-3131 (MAS)**

Dear Counsel and Mr. Pongrac:

As discussed during the March 3, 2014 Initial Conference, the parties are to engage in document discovery in the above-captioned matter.   An update regarding discovery status is to be submitted to the Court by **May 15, 2014.**   Additionally, for the reasons stated on the record, Plaintiff's Motion for Default Judgment is hereby DENIED.

**IT IS SO ORDERED.**

**THE CLERK OF THE COURT IS DIRECTED TO TERMINATE THIS MOTION [DOCKET ENTRY NO. 18] ACCORDINGLY.**

_____s/ Tonianne J. Bongiovanni_____
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**